UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONFLUENT, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>ROMANO NINASSI,<br><br>              Defendant. | Case No. 25-cv-01260-VKD<br><br>**ORDER GRANTING AS MODIFIED SECOND STIPULATION TO CONTINUE DEADLINES**<br><br>Re: Dkt. No. 16 |

The Court grants the parties' second stipulation to extend deadlines (Dkt. No. 16), with modifications, as follows:

1. The deadline for defendant to answer, move, or otherwise respond to the complaint is extended to **October 9, 2025**.

2. The deadline for the parties to file a joint case management statement is extended to **October 14, 2025**.

3. The initial case management conference is continued to **October 21, 2025, 1:30 p.m.**

As this action will have been pending for more than eight months by the October 21, 2025 initial case management conference, the Court does not expect the parties to ask for a further extension of these deadlines.

**IT IS SO ORDERED.**

Dated: July 8, 2025

Virginia K. DeMarchi
United States Magistrate Judge